Court of Criminal Appeals of Texas
P.O. Box 12308 Captiol Station
Austin, Texas. 78711

Date: 3-29-2015

Dear Clerk,
I wrote you back on February 27, 2015 you answered that letter on March 17, 2015 I meant to say has there BEEN A decision in No. P.D.-1564-14. This is A a P.D.R. From Third court of Appeals case No. 03-12-00466-CR. Trial Court No. D1 Dc 10-302548. that Petition For Discretionary Review. Can you recheck And SEE if any decision has been made in That CASE. Hope to hear from you real soon.

CC:/File

Respectfully,
Lester Guy #292393

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 30 2015

Abel Acosta, Clerk